IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EARNEST CLAYTON, <br><br> Plaintiff, <br><br> v. <br><br> HOMER BRYSON; BRIAN OWENS; WARDEN STANLEY WILLIAMS; BRIAN CHAMBER; and OFC. JOHN DOE, <br><br> Defendants. | CIVIL ACTION NO.: CV615-019 |

## ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal filed May 18, 2015. (Doc. 6.) Defendants have not objected to Plaintiff's Notice or otherwise filed any counterclaim that might impede Plaintiff's ability to dismiss this action voluntarily. See Fed. R. Civ. P. 41(a)(2). Accordingly, Plaintiff's Notice is hereby **GRANTED**, and his claims against all Defendants are **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to terminate all pending motions and **CLOSE** this case.

**SO ORDERED**, this 10th day of June, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA